# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**STEPHON FELTON,**

    Plaintiff(s),

                                    **CASE NO.    3:09-cv-403**
                                    **CASE NO.    3:07-cr-172**

**-vs-**

                                    **District Judge Timothy S. Black**
                                    **Magistrate Judge Sharon L. Ovington**

**UNITED STATES OF AMERICA,**

    Defendant(s).

___

## JUDGMENT IN A CIVIL CASE
___

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the United States Magistrate Judge be **ADOPTED in its entirety**; that Petitioner Stephon Felton's motion to vacate, set aside or correct sentence (Case No. 3:07cr172, Doc. # [61]) be **DENIED with prejudice and DISMISSED in its entirety**; a certificate of appealability and leave to appeal in forma pauperis should be **DENIED**; and this matter be **TERMINATED** on the docket of this Court with prejudice.

Date:   June 2, 2011                                    **JAMES BONINI, CLERK**

                                                               By: <u>s/ M. Rogers</u>
                                                                   Deputy Clerk